# Court of Appeals
# of the State of Georgia

ATLANTA,    March 05, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1051.  WILLIAM K. BROUGHTON et al. v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, defendants William and Rochelle Broughton appealed the magistrate court's decision to the state court.  The state court granted summary judgment for the plaintiff, and the Broughtons, through attorney Grady Roberts, filed this direct appeal. We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, the Broughtons were required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Their failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*    03/05/2015
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*